COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Texas Construction Specialists, L.L.C. v. Stacy Gray, Mark
Humphreys, Jason Lentz and Robert Weinstein

Appellate case number:   01-19-00598-CV

Trial court case number: 16-CV-1259-A

Trial court:             405th District Court of Galveston County

Appellant, Texas Construction Specialists, L.L.C., has filed a motion for substitution of Timothy A. Hootman as counsel on appeal and discharge of Ronald M. Hall as attorney of record for appellee. The motion is **granted**. *See* TEX. R. APP. P. 6.5(b), (d).

The Clerk of this Court is directed to note the withdrawal of Ronald M. Hall as counsel for appellant, and the appearance of Timothy A. Hootman as lead counsel for appellant on the docket of this Court. *See* TEX. R. APP. P. 6.1.

It is so ORDERED.


Judge's signature:_____/s/ Russell Lloyd_____
                         Acting individually


Date:  ___December 5, 2019_____